UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DAVID SCOTT JOHNSON (84970)

VERSUS

N. BURL CAIN, ET AL

CIVIL ACTION

NO. 09-454-BAJ-SCR

**RULING**

The court has carefully considered the motions, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated March 21, 2012 (doc. no. 136), and plaintiff's objection filed April 17, 2012 (doc. 138), hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the parties' cross-motions for summary judgment (docs. 119 and 132) are DENIED, and this matter is referred back to the United States Magistrate Judge for further proceedings

Baton Rouge, Louisiana, this 12TH day of July, 2012.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA